IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| LUCY ROSE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-223-A |
| | § | |
| RADIO ONE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

O R D E R

By order signed September 1, 2009, the court ordered plaintiff, Lucy Rose, to file by October 1, 2009, proof of service of summons and complaint on defendants, Radio One, Inc., and Rickey Smiley. The September 1 order admonished plaintiff that failure to comply therewith could result in the dismissal, without further notice, of her claims and causes of action against defendants, as authorized by Rule 4(m) of the Federal Rules of Civil Procedure. As of the date of the signing of this order, plaintiff has not filed any document in response to the court's September 1 order. The court finds that no lesser sanction than dismissal would adequately address plaintiff's failure to respond. Therefore,

The court ORDERS that, pursuant to the authority of Rule 4(m) of the Federal Rules of Civil Procedure, all claims and

causes of action asserted by plaintiff against defendants be, and are hereby, dismissed.

SIGNED October 5, 2009.

_____
JOHN McBRYDE
United States District Judge